UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER PETER FICK,           :
                                  :    Civil Action No. 07-1289 (RMB)
          Plaintiff,              :
                                  :
     v.                           :    **ORDER**
                                  :
ATLANTIC COUNTY JUSTICE           :
FACILITY,                         :
                                  :
          Defendant.              :    **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this **12th** day of **September** 2007,

**ORDERED** that the Clerk of the Court shall RE-OPEN this matter; and it is further

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Atlantic County Justice Facility; and it is further

**ORDERED** that the Complaint is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED** that within 30 days after entry of this Order, Plaintiff may file a motion to re-open and for leave to file an

amended complaint, attaching to any such motion a proposed amended complaint addressing the deficiencies of the Complaint as described in the Opinion filed herewith; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

                                      s/Renée Marie Bumb
                                      Renée Marie Bumb
                                      United States District Judge